**Roudy PIERRE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 63408.**

Missouri Court of Appeals,
Western District.

Sept. 7, 2004.

Jeannie Marie Willibey, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Deborah Daniels, Office of Attorney General, Jefferson City, for Respondent.

Before EDWIN H. SMITH, Chief Judge, ROBERT G. ULRICH, Judge, and PAUL M. SPINDEN, Judge.

### ORDER

Roudy Pierre appeals the circuit court's judgment denying his motion to set aside

his conviction filed pursuant to Rule 29.15. We affirm. Rule 84.16(b).